| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>03/07/06 | DATE AND TIME WARRANT EXECUTED<br>03/08/06 4:15 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FD-597's

FILED
MAR 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x _[signature]_

Subscribed, sworn to, and returned before me this date.

_John Facd_ (signature)    03/14/06
U.S. Judge or U.S. Magistrate Judge    Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245F-WF-230025

On (date) March 8th, 2006

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) _____

(Street Address) 812 Jefferson St. NW Apt. 215

(City) Washington, DC

Description of Item(s):

1. (1) lg Bottle Mantel - By Hem Closet - F - Tucker
2. (1) Green Box containing several baggies with brown powder - found on TV Table - Room E - Tucker
3. (2) Straws with residue - found on top of nightstand in Room E - Tucker
4. (1) Cell phone - Nokia - found on bed in Room E (RETURNED)
5. (1) Pocket-tech gram scale with residue found in top drawer in nightstand - Room E
6. (1) Brown Box containing residue and paraphernalia - found in Room E on TV Table - Tucker
7. (2) cellophane plastic bag with residue - found in bottom drawer of nightstand in Room E - Tucker
8. (2) boxes ziplock bags, address book and phone bill - found in Room E on TV Table - Tucker
9. (1) DVD case containing one ziplock bag with brownish powder - found in Room E on bed - Lyles
10. (2) metal weights with residue - found on top of TV on TV table in Room E - Lyle
11. (1) DC Government pay stub (1) Citibank transaction receipt, (1) photo found in top drawer of night - Tucker

Received By: _____ (Signature)

Received From: _____ (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245F-WF-230021

On (date) March 8th, 2005

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) _____

(Street Address) 1812 Jefferson St NW #215

(City) DC

Description of Item(s):

12. $3,415 - US Currency - Gray Suit coat in Room E - Closet F
13. Plastic bags with powder - Room E - Night Stand Top Drawer
14. Sifter Card, Apple Baggies - Room E on TV Table
15. One straw and one small baggie with residue - Room E on bed
16. One Scale with residue - Room E on TV Table
17. One large black nylon bag with paraphernalia - Room E under bed

Received By: _____ (Signature)    Received From: X _____ (Signature)